NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AZ,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7046

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 10-2393, Judge Lawrence B. Hagel.

---------------------------------------------------------------------

**EDWARD FEARS, JR.,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7047

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-4553, Judge Robert N. Davis.

------------------------------------------------------------------

**AY,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7048

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 10-2390, Chief Judge Bruce E. Kasold.

---

**ON MOTION**

---

**O R D E R**

AZ, Edward Fears, Jr. and AY move without opposition to have these appeals heard together before the same merits panel. AY also moves without opposition for the court to accept the non-conforming confidential joint appendix.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motions to "set together" are granted to the extent that the cases will be treated as companion cases and will be argued before the same merits panel.

(2)  The confidential joint-appendix is accepted for filing in appeal No. 2012-7048.

FOR THE COURT

JAN 09 2013
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Sean A. Ravin, Esq.
     Steven M. Mager, Esq.
     Michael S. Macko, Esq.
     Elizabeth M. Hosford, Esq.

s26

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 09 2013

JAN HORBALY
CLERK